```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
  KEVIN TERRY,                                                 :
                                                               :
                                    Plaintiff,                 :    1:21-cv-8995-GHW
                                                               :
                 -v -                                          :         ORDER
                                                               :
  N.Y.C./D.O.C./V.C.B.C. WARDEN CARTER;                        :
  N.Y.C./D.O.C./V.C.B.C. CAPTAIN GUERRA;                       :
  3-AA HOUSING UNIT CAPTAIN;                                   :
  N.Y.C./D.O.C./V.C.B.C. CAPTAIN JOHN                          :
  DOE INTAKE SUPERVISING CAPTAIN;                              :
  N.Y.C./D.O.C./V.C.B.C. CAPTAIN                               :
  HORTON,                                                      :
                                                               :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2022

GREGORY H. WOODS, District Judge:

On March 8, 2022, the Court stayed discovery in this matter pending resolution of Defendant's motion to dismiss. Dkt. No. 13. Accordingly, the initial pre-trial conference scheduled for April 14, 2022 is adjourned pending the resolution of Defendant's motion to dismiss. The deadline for the parties to submit their joint status letter and proposed case management plan and scheduling order are similarly adjourned pending resolution of that motion.

SO ORDERED.

Dated: April 7, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge