```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
  KEVIN TERRY,                                                 :
                                                               :
                                   Plaintiff,                  :   1:21-cv-8995-GHW
                                                               :
                 -v -                                          :        ORDER
                                                               :
  N.Y.C./D.O.C./V.C.B.C. WARDEN CARTER;                        :
  N.Y.C./D.O.C./V.C.B.C. CAPTAIN GUERRA;                       :
  3-AA HOUSING UNIT CAPTAIN;                                   :
  N.Y.C./D.O.C./V.C.B.C. CAPTAIN JOHN                          :
  DOE INTAKE SUPERVISING CAPTAIN;                              :
  N.Y.C./D.O.C./V.C.B.C. CAPTAIN                               :
  HORTON,                                                      :
                                                               :
                                   Defendants.                 :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2023

GREGORY H. WOODS, District Judge:

The Court issued an opinion in this case on January 17, 2023 (the "Opinion"). Dkt. No. 24. The Court directs that counsel for Defendants provide Plaintiff with copies of the unpublished cases cited in the Opinion pursuant to Local Rule 7.2 of the United States District Courts for the Southern and Eastern Districts of New York no later than January 23, 2023.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: January 19, 2023

_____
GREGORY H. WOODS
United States District Judge